UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH,<br><br>              Plaintiff,<br>   v.<br>ECODYNE CORPORATION,<br><br>              Defendant.<br>_____/ | No. C 10-05105 MEJ<br><br>**ORDER SCHEDULING CMC** |

As Defendant has filed an Answer to Plaintiff's Second Amended Complaint, the Court hereby ORDERS the parties to appear for a Case Management Conference on October 6, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file their joint c.m.c. statement by September 29, 2011.

**IT IS SO ORDERED.**

Dated: August 29, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge