1    Thomas M. Donnelly (State Bar No. 136546)
Daniel L. Corbett (State Bar No. 286103)
2    JONES DAY
555 California Street, 26th Floor
3    San Francisco, CA  94104
Telephone:    +1.415.626.3939
4    Facsimile:      +1.415.875.5700
tmdonnelly@jonesday.com
5    dcorbett@jonesday.com

6    Attorneys for Defendant
FLUOR CORPORATION
7

8                   UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 **NORTHERN CALIFORNIA RIVER**     Case No. 3:10-cv-05105 MEJ
**WATCH, a 501(c)(3) non-profit public**
13 **benefit corporation,**                    **MOTION TO SUBSTITUTE**
                              **ATTORNEY AND ~~PROPOSED~~ ORDER**
14            **Plaintiff,**
                            **Date Action Filed: November 10, 2010**
15       **v.**                           **Judge:  Hon. Chief Magistrate Maria-**
                                 **Elena James**
16 **ECODYNE, FLUOR CORPORATION**
**and DOES 1-30, Inclusive,**
17
          **Defendant.**
18

19          NOTICE IS HEREBY GIVEN that Defendant Fluor Corporation, a  Delaware
20
corporation, has retained Jones Day, of 555 California Street, 26th Floor, San Francisco, CA
21
94104, (415) 626-3939, for representation in the above captioned matter.  Accordingly, Fluor
22
Corporation respectfully moves this Court to remove Thomas W. Burch III of DeHay & Elliston,
23
LLP and substitute Thomas M. Donnelly of Jones Day as counsel of record.
24
         We consent to the above Substitution.
25

26

27

28

Dated: April 2, 2013                    JONES DAY


                                        By:   /s/ Thomas M. Donnelly
                                              Thomas M. Donnelly

                                        Attorneys for Defendant
                                        FLUOR CORPORATION

Dated: April 2, 2013                    FLUOR CORPORATION


                                        By:   /s/ Ronald R. Stuff
                                              Ronald R. Stuff

                                        Assistant General Counsel for Defendant
                                        FLUOR CORPORATION

Dated: April 2, 2013                    DEHAY & ELLISTON LLP


                                        By:   /s/ Thomas W. Burch III
                                              Thomas W. Burch III

                                        Former Attorneys for Defendant
                                        FLUOR CORPORATION

        I, Thomas M. Donnelly, hereby attest, pursuant to N.D. Cal. Local Rule 5-1, that the

concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: April 2, 2013                    JONES DAY


                                        By:   /s/ Thomas M. Donnelly
                                              Thomas M. Donnelly

                                        Attorneys for Defendant
                                        FLUOR CORPORATION

1

**ORDER**

2    **IT IS SO ORDERED.**

3    Dated:  ___April 3, 2013___

4    _____
     THE HON. MARIA-ELENA JAMES
     UNITED STATES CHIEF MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SFI-820076v1

SUBSTITUTION OF ATTORNEYS
C 10-05105 MEJ