# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH,<br><br>                Plaintiff(s),<br>   v.<br>ECODYNE CORPORATION,<br>                Defendant(s).<br>_____/ | No. C 10-05105 MEJ<br><br>**ORDER FOR PARTIES TO FILE JOINT STATEMENT OF UNDISPUTED FACTS** |

     Pending before the Court is Plaintiff's Motion for Summary Judgment. Pursuant to Civil Local Rule 56-2 and the Court's Case Management Order in this matter, the parties must submit a joint statement of undisputed facts when filing a motion for summary judgment. Accordingly, the parties shall file a <u>joint</u> statement of undisputed facts on or before May 30, 2013. The parties are ORDERED to meet and confer in good faith for the purpose of preparing the joint statement. Failure to meet and confer in good faith may result in the imposition of sanctions.

     **IT IS SO ORDERED.**

Dated: May 7, 2013

                                                          _____<br>
                                                          Maria-Elena James<br>
                                                          United States Magistrate Judge

Case3:10-cv-05105-MEJ   Document92   Filed05/07/13   Page2 of 2