Jack Silver, Esq. SB # 160575
Jerry Bernhaut, Esq. SB # 206264
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, California 95402-5469
Telephone: (707) 528-8175
Facsimile: (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a 501(c)(3) non-profit, Public Benefit Corporation,<br><br>    Plaintiff,<br>  v.<br><br>ECODYNE CORPORATION, FLUOR CORPORATION and DOES 1-30, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO.: 3:10-cv-05105 MEJ<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT ECODYNE CORPORATION AS PARTY DEFENDANT WITH PREJUDICE; [PROPOSED] ORDER**<br>**[FRCP § 41(a)(1)(A)(ii)]**<br><br>(Hearing Date - June 13, 2013) |

    Pursuant to FRCP 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED by and between plaintiff NORTHERN CALIFORNIA RIVER WATCH, and defendant ECODYNE CORPORATION, through their designated counsel, that defendant ECODYNE CORPORATION may be dismissed as a party defendant to the above-entitled action with prejudice. Each party agrees to bear its own costs of suit and attorney's fees.

    This Stipulation may be executed in several counterparts, all of said counterparts shall constitute one original.

DATED: 06-10-2013              LAW OFFICE OF JACK SILVER

                                                     By: _____
                                                     Jack Silver
                                                     Attorney for Plaintiff
                                                     NORTHERN CALIFORNIA RIVER WATCH

1 | DATED: June 7, 2013        LOWENSTEIN SANDLER PC

2

3                              By: _____
                                   Michael L. Rodburg
                                   Attorney for Defendant
4                                  ECODYNE CORPORATION

5

6

7                                      **ORDER**

8   The parties having stipulated and agreed, IT IS SO ORDERED.

9

10  DATED: June 12, 2013       _____
                                   MARIA-ELENA JAMES
11                                 CHIEF UNITED STATE MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3:10-cv-05105 MEJ
Stipulation of Dismissal of Ecodyne Corporation With Prejudice