1  Thomas M. Donnelly (State Bar No. 136546)
   tmdonnelly@jonesday.com
2  Daniel L. Corbett (State Bar No. 286103)
   dcorbett@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:    +1.415.626.3939
5  Facsimile:    +1.415.875.5700

6  Attorneys for Defendant
   FLUOR CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12  | Northern California River Watch, a 501(c)(3) non-profit Public Benefit Corporation, | Case No. 3:10-cv-05105 MEJ |
    |---|---|
    | | STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT FLUOR CORPORATION TO RESPOND TO FOURTH AMENDED COMPLAINT |
    | **Plaintiff,** | |
    | v. | |
    | **Fluor Corporation,** | |
    | **Defendant.** | |

18

19         Pursuant to Civil Local Rule 6-2(a), Plaintiff Northern California River Watch

20  ("NCRW"), and Defendant Fluor Corporation ("Fluor"), hereby stipulate to extend the deadline

21  by which Fluor must respond to the Fourth Amended Complaint by thirty (30) days, and jointly

22  request that the Court enter the Proposed Order below.  NCRW filed its Fourth Amended

23  Complaint on June 24, 2013, and thus Fluor's current deadline to respond (including the three

24  days added for electronic service) under Fed. R. Civ. Proc. 15(a)(3) and 6(d) is July 11, 2013.

25  Under this Stipulation, Fluor's response to the Fourth Amended Complaint would be due no later

26  than **August 12, 2013**.

27         The parties are jointly requesting this extension of time for Fluor to respond to the Fourth

28  Amended Complaint because they have decided to initiate settlement negotiations, and would like

1  to focus their efforts on attempting to settle the case rather than preparing responsive pleadings.

2  The requested extension will not alter the date of any event or any deadline already fixed by any

3  Court order. This is the first request for an extension of time for Fluor to respond to the Fourth

4  Amended Complaint. And this requested extension will not affect the case schedule, given that

5  the Court has not yet set a trial date or any discovery or motion cut-offs.

6        I declare under penalty of perjury that the foregoing is true and correct. I also attest,

7  pursuant to Civil Local Rule 5-1(i)(3), that I have obtained concurrence in the filing of this

8  Stipulation and Proposed Order from Jack Silver, counsel for NCRW.

9  Dated: June 27, 2013            Jones Day

10

11                       By: /s/ Thomas M. Donnelly

12                           Thomas M. Donnelly

13                       Counsel for Defendant
FLUOR CORPORATION

14  IT IS SO STIPULATED.

15  Dated: June 27, 2013            Jones Day

16

17                       By: /s/ Thomas M. Donnelly

18                           Thomas M. Donnelly

19                       Counsel for Defendant
FLUOR CORPORATION

20

21

22  Dated: June 27, 2013            Law Office of Jack Silver

23                       By: /s/ Jack Silver

24                           Jack Silver

25                       Counsel for Plaintiff
NORTHERN CALIFORNIA RIVER
WATCH

26

27

28

1

2                                   [PROPOSED] ORDER

3          Having considered the foregoing Stipulation, and good cause appearing therefor, the Court

4   hereby Orders that Fluor's response to the Fourth Amended Complaint shall be filed no later than

5   **August 12, 2013**.

6          IT IS SO ORDERED.

7

8   Dated: 6/28  , 2013

                                            _____
9                                           Hon. Maria-Elena James
                                            United States Magistrate Judge
10

11

12
    SFI-830556v1
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                        STIP AND PROPOSED ORDER EXTENDING
                                                        DEADLINE TO RESPOND TO 4TH AMENDED
                                        - 3 -             COMPLAINT (No. 3:10-cv-05105)