UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH,<br><br>                Plaintiff,<br><br>    v.<br><br>FLUOR CORPORATION,<br><br>                Defendant.<br>_____/ | No. C 10-05105 MEJ<br><br>**ORDER RE-SETTING HEARING DATE ON MOTION TO INTERVENE**<br>[Dkt. No. 121] |

    Pending before the Court is The Shiloh Group's Motion for Leave to Intervene, currently set for hearing on November 7, 2013. Dkt. No. 121. The Court hereby **RESETS** the hearing on this matter for **January 9, 2014**, at 10:00 a.m. in Courtroom B.

    **IT IS SO ORDERED.**

Dated: November 6, 2013

_____
Maria-Elena James
United States Magistrate Judge