UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH,<br><br>      Plaintiff,<br><br>    v.<br><br>FLUOR CORPORATION,<br><br>      Defendant. | Case No. 10-cv-05105-MEJ<br><br>**ORDER VACATING HEARING DATE**<br><br>Re: Dkt. No. 121 |

The court has reviewed the papers submitted by the parties in connection with plaintiff's motion to intervene, and has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. See also *Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the date for the hearing, previously set for January 30, 2014, has been VACATED. The court will issue a written decision on the papers.

**IT IS SO ORDERED.**

Dated: January 27, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge