1    Thomas M. Donnelly (State Bar No. 136546)
     tmdonnelly@jonesday.com
2    Daniel L. Corbett (State Bar No. 286103)
     dcorbett@jonesday.com
3    JONES DAY
     555 California Street, 26th Floor
4    San Francisco, CA  94104
     Telephone:  415.626.3939
5    Facsimile:   415.875.5700

6    Karen A. Mignone (pro hac vice)
     kmignone@verrilldana.com
7    VERRILL DANA LLP
     243 Tresser Blvd., 17th Floor
8    Stamford, CT 06901
     Telephone:  203.355.3620
9
     Attorneys for Defendant
10   FLUOR CORPORATION

11                        UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13                            SAN FRANCISCO DIVISION

14

15
     **Northern California River Watch, a**       **Case No. 3:10-cv-05105**
16   **501(c)(3) non-profit Public Benefit**
     **Corporation,**                             **STIPULATION AND ORDER**
17                                                 **CONTINUING CASE**
                          **Plaintiff,**           **MANAGEMENT CONFERENCE**
18                                                 **AND EXTENDING DEADLINE FOR**
                  **v.**                           **CASE MANAGEMENT STATEMENT**
19
     **Fluor Corporation,**                        Current Date:  August 5, 2014
20                                                 Stip. Date:     August 26, 2014
                          **Defendant.**           Time:            2:00 p.m.
21                                                 Place:           Courtroom 2
                                                   Judge:           Hon. William H. Orrick III
22

23

24         Pursuant to Civil Local Rule 6-2(a), Defendant Fluor Corporation ("Fluor"), Plaintiff

25   Northern California River Watch ("River Watch"), and Intervenor/Plaintiff the Shiloh Group,

26   LLC ("TSG") submit the following Stipulation and Proposed Order Continuing the Case

27   Management Conference until **August 26, 2014 at 2:00 P.M**, and extending the deadline for

28   filing a Joint Case Management Statement to **August 19, 2014**.

1     The parties base this Stipulation and Proposed Order on the following grounds.  By Order
2  dated July 15, 2014, the Court set a Case Management Conference on August 5, 2014 at 2:00
3  p.m.  Dk. No. 143.  By the same Order, the Court directed the parties to file a Joint Case
4  Management Statement not less than seven days before that conference.  Lead trial counsel for
5  Fluor previously scheduled a vacation with his family outside of California for the week of
6  August 4, 2014, and thus will not be available for the August 5, 2014 Case Management
7  Conference.

8     Pursuant to Civil Local Rule 6-2(a)(2), the parties disclose the following modifications
9  that previously have been made to the schedule in this case:

10     1.  On September 18, 2012, River Watch filed a Motion for Relief from Case
11         Management Schedule.  Dk. No. 60.  The Court granted the Motion and vacated its
12         previous Case Management Order.  Dk. No. 61.

13     2.  On March 15, 2013, Fluor filed a Stipulation to Extend Time for Fluor to Answer
14         or Otherwise Respond to the Third-Amended Complaint, extending the deadline
15         for Fluor's responsive pleading to May 2, 2013.  Dk. No. 77.

16     3.  On June 27, 2013, Fluor filed a Stipulation and Proposed Order extending by 30
17         days the deadline for Fluor to respond to the Fourth-Amended Complaint.  Dk. No.
18         107.  The Court issued an Order granting the stipulated extension.  Dk. No. 108.

19     4.  On December 12, 2013, TSG filed a Stipulation and Proposed Order continuing
20         the hearing on TSG's Motion to Intervene from January 9, 2014 to January 30,
21         2014.  Dk. No. 132.  The Court issued an order granting the stipulated
22         continuance.  Dk. No. 133.

23     This Stipulation and Proposed Order, if granted by the Court, will not affect any other
24  deadlines or events already scheduled in this case.  Currently, the only other scheduled deadline
25  or event is the July 30, 2014 deadline for River Watch to file its Amended Complaint, and for
26  TSG to file its Complaint.  *See* Dk. No. 138.  The parties are not asking the Court to extend the
27  July 30 deadline.

28

Stipulation and Order Continuing Case Management
Conference (Case No. 3:10-cv-05105)

**IT IS SO STIPULATED.**

Dated: July 17, 2014                                    JONES DAY


                                                       By:  /s/ Thomas M. Donnelly
                                                            Thomas M. Donnelly

                                                       Counsel for Defendant
                                                       FLUOR CORPORATION


Dated: July 17, 2014                                    LAW OFFICE OF JACK SILVER


                                                       By:  /s/ Jack Silver
                                                            Jack Silver

                                                       Counsel for Plaintiff
                                                       NORTHERN CALIFORNIA RIVER
                                                       WATCH


Dated: July 17, 2014                                    CARTER, MOMSEN & KNIGHT, LLP


                                                       By:  /s/ Brian C. Carter
                                                            Brian C. Carter

                                                       Counsel for Intervenor/Plaintiff
                                                       THE SHILOH GROUP, LLC

     **The below filer attests that concurrence in the filing of this document has been obtained from the above Signatories.**

     Dated: July 17, 2014                                /s/ Thomas M. Donnelly
                                                 Thomas M. Donnelly

/ / /

/ / /

/ / /

1

ORDER

2          Having considered the foregoing Stipulation, and good cause appearing therefor, the Court

3    hereby Orders that the Case Management Conference is continued to **August 26, 2014 at 2:00**

4    **P.M.**, and the parties shall file a Joint Case Management Statement no later than **August 19,**

5    **2014**.

6    **IT IS SO ORDERED.**

7

8    Dated: July 17, 2014

_____
9                                         Hon. William H. Orrick, III
                                          United States District Judge
10

11

12   SFI-866410v1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28