UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH,<br><br>　　　Plaintiff,<br><br>　v.<br><br>FLUOR CORPORATION,<br><br>　　　Defendant. | Case No. 10-cv-05105-WHO<br><br>**ORDER REGARDING TIME FOR DEFENDANT FLUOR TO FILE RESPONSIVE PLEADING TO INTERVENOR COMPLAINT**<br><br>Re: Dkt. No. 166 |

　　　On October 2, 2014, I granted defendant Fluor's motion to dismiss and/or strike intervenor The Shiloh Group LLC's ("TSG") Intervenor Complaint. Dkt. No. 165. TSG's claims for natural resource and property damages under CERCLA (first cause of action) were struck and its cause of action for injunctive relief (seventh cause of action) was dismissed without leave to amend. I ordered TSG to seek leave to file an amended complaint within 20 days if TSG desires to file an amended complaint.

　　　Flour has sought clarification on when to respond to the complaint. If TSG does not seek leave to file an amended complaint, Fluor shall file a pleading responsive to the TSG complaint currently on file (as modified by my order) on or before November 3, 2014.

　　　If TSG seeks leave to amend and if leave is granted, Fluor shall file a pleading responsive to the amended complaint within 14 days of the filing of the amended complaint. *See* Fed. R. Civ. P. 15(a)(3).

　　　If TSG seeks leave to amend and if leave is denied, Fluor shall file a pleading responsive to the TSG complaint currently on file (as modified by my order) within 10 days of the order

denying leave to amend.

**IT IS SO ORDERED**.

Dated: October 9, 2014

WILLIAM H. ORRICK
United States District Judge