Thomas M. Donnelly (State Bar No. 136546)
tmdonnelly@jonesday.com
Daniel L. Corbett (State Bar No. 286103)
dcorbett@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: 415.626.3939
Facsimile: 415.875.5700

Karen A. Mignone (pro hac vice)
kmignone@verrilldana.com
VERRILL DANA LLP
33 Riverside Avenue
Westport, CT 06880
Telephone: 203.222.3114

Attorneys for Defendant
FLUOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **California River Watch, a 501(c)(3) non-profit Public Benefit Corporation,**<br><br>Plaintiff,<br><br>v.<br><br>**Fluor Corporation,**<br><br>**Defendant.** | **Case No. 3:10-cv-05105 WHO**<br><br>**JOINT STATUS REPORT RE PROPOSED CONSENT JUDGMENT**<br><br>Date: February 3, 2015<br>Time: 2:00 p.m.<br>Ctrm: 2, 17th Floor<br>Judge: Hon. William H. Orrick |
| **The Shiloh Group, LLC, a California limited liability company,**<br><br>Intervenor/Plaintiff,<br><br>v.<br><br>**Fluor Corporation, a corporation, and DOES 31-60, inclusive,**<br><br>**Defendants.** | |

| | |
|---|---|
| 1 | **Fluor Corporation,** |
| 2 | **Third-Party Plaintiff,** |
| 3 | v. |
| 4 | **Shiloh Road, LLC, West Coast Metals, Inc., and M&M Services, Inc. dba Pacific Sanitation or Ker Plunk Sanitary,** |
| 5 | |
| 6 | **Third-Party Defendants.** |

Plaintiff California River Watch ("River Watch"), Plaintiff/Intervenor The Shiloh Group, LLC ("TSG"), Defendant Fluor Corporation ("Fluor"), and Third-Party Defendants Shiloh Road, LLC ("Shiloh Road"), West Coast Metals, Inc. ("West Coast Metals") and M&M Services, Inc. ("M&M") (together, the "Parties"), submit this JOINT STATUS REPORT pursuant to this Court's Order Regarding Consent Judgment (Dkt. No. 208) dated January 22, 2015.

River Watch and Fluor have agreed to a settlement of River Watch's citizen suit claims against Fluor, in the form of a Consent Judgment. River Watch and Fluor filed a Stipulated Request for Entry and Approval of the Consent Judgment. (Dkt. No. 194.) Shiloh Road filed objections (Dkt. No. 195), in which TSG joined (Dkt. No. 196). The Court initially entered the Consent Judgment (Dkt. Nos. 197 and 198), but vacated that order, and ordered supplemental briefing on Shiloh Road and TSG's objections, or submission of a revised Consent Judgment (Dkt. No. 199). After River Watch and Fluor, Shiloh Road, and TSG filed supplemental briefs (Dkt. Nos. 204, 206 and 207), the Court issued its Order Regarding Consent Judgment. (Dkt. No. 208).

In its Order, the Court noted that River Watch is proceeding as a citizen suit plaintiff under RCRA, and filed suit only after giving notice to EPA, which opted not to intervene. *Id.* at 2:26-27. The Court also noted that neither of the objecting parties, TSG nor Shiloh Road, had asserted a compulsory counterclaim against Fluor under RCRA. *Id*. at 3:2-3. The Court expressed concern, however, regarding the res judicata effect of the proposed release of claims on behalf of the general public, as set forth in Section 4.1 of the proposed Consent Judgment. *Id.* at 2:14-16, 2:20-25. Specifically, the Court noted that "[a]s currently drafted, the proposed

judgment may preclude the general public from bringing a RCRA or CWA suit in the future or based on facts not presently known or if conditions at the Site change." *Id*. at 3:13-15. The Court proposed language for a narrower release in Section 4.1 that would alleviate the Court's concerns, permit River Watch's citizen suit to conclude, and preserve "Fluor's defenses to any new action by the public, if any, or the current litigants." *Id.* at 3:16-26.

**Statement by River Watch and Fluor**

After meeting and conferring, River Watch and Fluor have agreed to accept the Court's proposed revisions to Section 4.1 of the Consent Judgment in their entirety, thereby narrowing the scope of that release (and thus the res judicata effect of the Consent Judgment). A redline of the proposed Amended Consent Judgment is attached as **Exhibit A** to this Joint Status Report.

The draft proposed Amended Consent Judgment also includes revisions to Sections 1.9, 1.11, and 3, which address concerns raised by Shiloh Road and TSG when the parties met and conferred. The draft also includes revisions to Section 7.1, in order to accurately reflect the current status of these proceedings. River Watch and Fluor are prepared to lodge a clean version (redlining removed) of the proposed Amended Consent Judgment with the Court after the scheduled case management conference.

**Statement by Shiloh Road and TSG**

Shiloh Road and TSG do not object to the proposed Amended Consent Judgment with the understanding that it will not preclude the general public from bringing a RCRA or CWA suit in the future or based on facts not presently known or if conditions at the Site change.

**Reply by River Watch and Fluor**

Shiloh Road and TSG, in their statement, appear to be quoting from the Court's Order, where the Court explained its proposed amendment to Section 4.1 in the Consent Judgment. *See id*. at 3:13-15 ("As currently drafted, the proposed judgment may preclude the general public from bringing a RCRA or CWA suit in the future *or* based on facts not presently known or if conditions at the Site change" (emphasis added)). Fluor and River Watch believe the Court did not intend to include the first appearance of the word "or" in this statement, because otherwise that would allow *any* citizen suit in the future, not just one "based on facts not presently known or

if conditions at the Site change." Fluor and River Watch respectfully request that the Court delete the first appearance of the word "or" from this statement – assuming the Court will include this statement in an order entering the Amended Consent Judgment – thereby preserving what the Court considers to be the proper scope of the release of citizen suit claims in Section 4.1 of the Consent Judgment.

DATED: February 2, 2015       LAW OFFICE OF JACK SILVER

                                                 By: /s/ Jack Silver
                                                   Jack Silver
                                                   Attorneys for Plaintiff
                                                 CALIFORNIA RIVER WATCH

DATED: February 2, 2015       JONES DAY

                                               By: /s/ Thomas M. Donnelly
                                                   Thomas M. Donnelly
                                                   Attorneys for Defendant
                                                 FLUOR CORPORATION

DATED: February 2, 2015       CARTER, MOMSEN & KNIGHT PC

                                             By: /s/ Brian C. Carter
                                                  Brian C. Carter
                                                 Attorneys for Plaintiff/Intervenor
                                                 THE SHILOH GROUP LLC

DATED: February 2, 2015       ROGERS JOSEPH O'DONNELL

                                             By: /s/ Robert C. Goodman
                                                 Robert C. Goodman
                                                 Attorneys for Third-Party Defendant
                                                 SHILOH ROAD, LLC

| | | |
|---|---|---|
| DATED: February 2, 2015 | | LAW OFFICE OF C. SCOTT KIRK |

By: /s/ Cameron Scott Kirk
Cameron Scott Kirk
Attorneys for Third-Party Defendant
WEST COAST METALS, INC.

DATED: February 2, 2015  DONGELL LAWRENCE FINNEY LLP

By: /s/ Ani Adjemian
Ani Adjemian
Attorneys for Third-Party Defendant
M&M SERVICES, INC.

The below filer attests that concurrence in the filing of this document has been obtained from the above Signatories.

Dated: February 2, 2015  By:  /s/ Thomas M. Donnelly
Thomas M. Donnelly

SFI-620891721v1