# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** February 3, 2015 | **Time:** 3 minutes<br>2:03 p.m. to 2:06 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 10-cv-05105-WHO | **Case Name:** California River Watch v. Flour Corporation | |

**Attorneys for Plaintiff:** Jerry Bernhaut, appearing telephonically
**Attorneys for Defendants:** Thomas Donnelly, appearing personally
Ani Adjemian, appearing telephonically
**Attorneys for Intervenors:** Brian Carter and Bob Goodman, appearing personally

**Deputy Clerk:** Jean Davis         **Court Reporter:** FTR Recording

## PROCEEDINGS

Parties appear for case management conference and discussion regarding proposed Consent Judgment. There is an extraneous "or" in the Order Regarding Consent Judgment which will be addressed by the Court. Signatures will be gathered and the executed document will be lodged with the Court. The Consent Judgment is intended to allow future claims based upon newly discovered facts or significant change in circumstance at the site. Parties to return June 23, 2015 for further case management conference.