United States District Court
Northern District of California

1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6
7 CALIFORNIA RIVER WATCH,

Plaintiff,

v.

FLUOR CORPORATION,

Defendant.

Case No. 10-cv-05105-WHO

**FURTHER ORDER REGARDING PROPOSED CONSENT JUDGMENT**

Re: Dkt. Nos. 194, 208

THE SHILOH GROUP,

Intervenor/Plaintiff,

v.

FLUOR CORPORATION,

Defendant.

FLUOR CORPORATION,

Third-Party Plaintiff,

v.

SHILOH ROAD, WEST COAST METALS, INC., M&M SERVICES, INC.

Third-Party Defendants.

Plaintiff California River Watch and defendant Fluor Corporation presented a revised Proposed Consent Judgment (Dkt. No.212-1) for review at the Case Management Conference this afternoon. The revised Proposed Consent Judgment addresses the concerns I raised in the Order Regarding Consent Judgment (Dkt. No. 208) and I will enter it once River Watch and Fluor

1   execute it.  In this regard, the parties brought to my attention a typo that created an ambiguity on
2   page 3, line 14 of the Order Regarding Consent Judgment.  The first "or" in that line should be
3   deleted, so that the sentence reads: "As currently drafted, the proposed judgment may preclude the
4   general public from bringing a RCRA or CWA suit in the future (i) based on facts not presently
5   known or (ii) if conditions at the Site change."  I thank the parties for their diligence in raising that
6   issue, and appreciate the manner in which River Watch and Fluor addressed my concerns about
7   the Consent Judgment.

8   **IT IS SO ORDERED**.

9   Dated: February 3, 2015



WILLIAM H. ORRICK
United States District Judge