United States District Court
Northern District of California

1
2
3
4        UNITED STATES DISTRICT COURT
5        NORTHERN DISTRICT OF CALIFORNIA
6
7   CALIFORNIA RIVER WATCH,                    Case No. 10-cv-05105-WHO   (JCS)
        Plaintiffs,
8
9       v.                                     **ORDER DENYING REQUEST TO MODIFY JUNE 3, 2015 ORDER**
10  FLUOR CORPORATION,
        Defendant.
11
12       Good cause appearing, the request, dated August 13, 2015, by TSG to modify the
13  stipulated Order of this Court which, in part, barred TSG from contacting the DTSC regarding the
14  subject environmental investigation before its completion, is **DENIED**.
15
16       **IT IS SO ORDERED.**
17  Dated: August 19, 2015
18                                          _____
19                                          JOSEPH C. SPERO
                                            Chief Magistrate Judge
20
21
22
23
24
25
26
27
28