UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH,<br><br>    Plaintiffs,<br><br>    v.<br><br>FLUOR CORPORATION,<br><br>    Defendant. | Case No. 10-cv-05105-WHO<br><br>**ORDER REGARDING DISCOVERY DISPUTE OVER FLUOR'S INTERROGATORY RESPONSES**<br><br>Re: Dkt. No. 269 |

The parties have filed a joint statement regarding a discovery dispute over Fluor's interrogatory responses. Dkt. No. 269. The Shiloh Group contends that Fluor's interrogatory responses are deficient. Fluor apparently agrees as it has agreed to serve supplemental and amended responses by September 1, 2015. *Id*. at 6. Accordingly, the joint statement is premature. I remind counsel that parties are required to meet and confer prior to submitting joint discovery statements and may only file a discovery statement if they are unable to resolve their dispute. *See* Judge Orrick's Standing Order for Civil Cases.[1] If The Shiloh Group believes that Fluor's amended and supplemental responses remain deficient, and the parties are unable resolve their dispute through the meet and confer process, the parties may file a joint statement of their dispute at that time.

**IT IS SO ORDERED**.

Dated: September 1, 2015

WILLIAM H. ORRICK
United States District Judge

---

[1] http://www.cand.uscourts.gov/whoorder