UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FLUOR CORPORATION,<br><br>　　　　Defendant. | Case No.  10-cv-05105-WHO<br><br>**ORDER REGARDING DISCOVERY DISPUTES**<br><br>Re: Dkt. Nos. 275, 276, 279, 280, 284 |

　　　　Fluor Corporation and The Shiloh Group presented several discovery disputes on September 29 and 30 for my determination.  I held a telephonic hearing on October 6, 2015, and for the reasons discussed during the hearing ORDER as follows:

1. TSG may depose Fluor's Rule 30(b)(6) witness for no more than 12 hours over two days.  Dkt. No. 275.

2. TSG's request to compel further responses to its interrogatories is DENIED, except that Fluor shall provide a verified response regarding the six documents identified by TSG during the hearing that Fluor is unable to locate.  Dkt. No. 276.

3. The agreements recited in the Joint Status Report regarding Fluor's RFP No. 8, 10 and 26, and its Interrogatories to TSG/Ms. Sales are adopted by the Court to resolve those disputes.  Dkt. No. 284.

4. Fluor may take the deposition of Mr. Ortega of Kadon Trucking as noticed.  Dkt. Nos. 279,280.

5. TSG shall provide complete responses to Fluor's RFP No. 28, as limited by Fluor's counsel during the hearing, or verify that no further documents exist. Dkt. Nos.

279,280.

6. TSG shall produce its Operating Agreement that was in effect when TSG acquired the property at issue pursuant to the Protective Order with the further condition that only Mr. Donnelly and Mr. Corbett, his associate, may review it absent further agreement or Court order. Dkt. Nos. 279,280.

Unless otherwise indicated above, all other requests are denied.

**IT IS SO ORDERED**.

Dated: October 8, 2015



WILLIAM H. ORRICK
United States District Judge