UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FLUOR CORPORATION,<br><br>　　　　　Defendant. | Case No. 10-cv-05105-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. No. 306 |

　　　　The parties to the action, by and through their counsel, have advised the Court that they have agreed to a settlement, Dkt. No. 306, and the Court has entered their Stipulation dismissing the remaining claims with prejudice, retaining jurisdiction to enforce the terms of their settlement agreement and requiring the parties to bear their own attorney's fees and costs.  Dkt. No. 307.

　　　　Consistent with the settlement and Stipulation, IT IS ORDERED that this entire matter is now DISMISSED WITH PREJUDICE.  Any hearings scheduled in this matter are VACATED. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within thirty (30) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.  **IT IS SO ORDERED**.

Dated: January 21, 2016



WILLIAM H. ORRICK
United States District Judge